eration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Amy Guth of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. EDWARD FREDERICK CONWAY, Defendant.

## DECISION

No. DC-86-119

The application of the above-named defendant for a review of the sentence for Count I, Deliberate Homicide, 100 years + 10 years for use of a weapon, to run consecutively; Count II, Robbery, 40 years plus 10 years for use of a weapon, to run consecutive, but concurrent to the previous 10 years for use of weapon; Counts I & II shall be served consecutively for a total of 150 years; Ineligible for Parole for 100 years, DANGEROUS DESIGNATION, imposed on December 19, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Tom Ash, Deputy County Attorney from Flathead County for appearing before the Sentence Review Board.

We wish to thank Patrick Sherlock, Attorney at Law from Kalispell for his assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Ninth Judicial District, County of Glacier, STATE OF MONTANA, Plaintiff vs. JOE WAYNE BAUGHMAN, Defendant.

## DECISION

No. DC-86-27

The application of the above-named defendant for a review of the sentence for Count I, Aggravated Kidnaping, 100 years; Count II, Sexual Intercourse Without

Consent, 20 years; Count III, Felony Assault, 10 years; Count IV, Carrying Concealed Weapons, 5 years; all to be served concurrently; plus 10 years for use of a weapon, to run consecutively; DANGEROUS DESIGNATION, imposed on March 24, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank James C. Nelson, Glacier County Attorney, for appearing before the Sentence Review Board.

We wish to thank Charles Jacobson, Attorney from Conrad, for his assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. JACK JASON COX, Defendant.

DECISION

No. 7129

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 10 years; Count II, Aggravated Burglary, 30 years with 20 years suspended; Count III, Theft, 10 years; Count V, Misdemeanor Theft, 6 months; Count VI, Misdemeanor Theft, 6 months; all sentences to run concurrently plus credit for 217 days imposed on June 5, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Dale Robbins of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ARTHUR JAY FARRAR, Defendant.

DECISION

No. DC-86-250

The application of the above-named defendant for a review of the sentence for